# Third District Court of Appeal
## State of Florida

Opinion filed March 8, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1789
Lower Tribunal No. F97-4270

————————

**Mister D. Simmons,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Mister D. Simmons, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed.